No. 1875.   El Pueblo, Apelado, *v.* López, Apelante.— Corte de Distrito de San Juan, Distrito Segundo.   Acometimiento y agresión grave.   Resuelto en marzo 6, 1922.   No existiendo pliego de excepciones ni relación de pruebas y no constando que se presentara alegación alguna, se confirma la sentencia.

No. 2525.   Pérez et al., Apelados, *v.* Nogueras, Apelante.—Corte de Distrito de Humacao.   Moción del apelado para que se desestime la apelación, acompañada de una estipulación firmada por ambas partes.   Resuelto en marzo 7, 1922.   Declarada sin lugar la desestimación y en cuanto a la estipulación, se declara con lugar y se autoriza la continuación del recurso contra García Salgado, uno de los demandantes, quedando sustituída dicha parte por su viuda Monserrate Bernabe como administradora judicial.

No. 1877.   El Pueblo, Apelado, *v.* Oquendo, Apelante.— Corte de Distrito de San Juan, Primer Distrito.   Acometimiento y agresión por circunstancias agravantes.   Resuelto en marzo 7, 1922.   No se ha radicado alegato y no apareciendo del examen de los autos error fundamental alguno, se confirma la sentencia.

Nos. 2672, 2673, 2674.   Cepero, Apelante, *v.* Zavala et al., Apelados.—Corte de Distrito de San Juan, Primer Distrito.   Resueltos en marzo 13, 1922.   Mociones sobre desestimación de apelación.   Apareciendo que a la fecha de las certificaciones del secretario de la corte inferior el apelante no había radicado pliego de excepciones ni exposición del caso y que no se ha presentado en tiempo la transcripción del record en esta corte, se declaran con lugar y se desestiman las apelaciones.